MARCH 18, 2003

No. 02–9575 (02A775).  IN RE ROBINSON.  Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied.  Petition for writ of habeas corpus denied.

MARCH 20, 2003

No. 02–939.  IN RE CASTLE ET AL.  Petition for writ of mandamus dismissed under this Court's Rule 46.2.

MARCH 21, 2003

No. 02–102.  LAWRENCE ET AL. v. TEXAS.  Ct. App. Tex., 14th Dist.  [Certiorari granted, 537 U. S. 1044.]  Motion of amici curiae Alabama et al. and respondent for leave to allow Alabama et al. to participate in oral argument as amici curiae and for divided argument denied.

No. 02–281.  INYO COUNTY, CALIFORNIA, ET AL. v. PAIUTE-SHOSHONE INDIANS OF THE BISHOP COMMUNITY OF THE BISHOP COLONY ET AL.  C. A. 9th Cir.  [Certiorari granted, 537 U. S. 1043.]  Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

MARCH 24, 2003

No. 01–1711.  UNITED STATES EX REL. DUNLEAVY v. COUNTY OF DELAWARE, PENNSYLVANIA, ET AL.  C. A. 3d Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of Cook County v. United States ex rel. Chandler, ante, p. 119.